*Alejandro Toledo Manrique*

*v.*

*Donald O'Keefe*

# EXHIBIT X

MARÍA DEL CARMEN PIZARRO SABOGAL
CTP No. 0051
Licensed Translator

CERTIFIED TRANSLATION No. 0294.2-2018

Page 857

Page 267534
"*El Peruano*"
Statutory Laws
Lima, Friday, April 30, 2004

LEGISLATIVE BRANCH

THE CONGRESS OF THE REPUBLIC

Act No. 28214

The Congress of the Republic
Has enacted the following Act:

**ACT DECLARING THE EXECUTION OF THE PERU-BRAZIL INTEROCEANIC HIGHWAY PROJECT – IIRSA SUR A PUBLIC NEED AND NATIONAL PRIORITY**

**Article 1 - Purpose**

The public need, national interest and priority execution of the construction and paving of the Peru-Brazil Interoceanic Highway Project, which is a multimodal means of transportation, is hereby declared.

**Article 2 - Scope of project**

The project referred to in the abovementioned article is a means of transportation for the integration and development of areas and populations in the scope of influence that includes the departments of Ica, Arequipa, Ayacucho, Apurimac, Cusco, Madre de Dios, Puno, Moquegua and Tacna.

Its route covers the following road axis:

- **Axis 1: Route 26.** Iñapari – Puente Inambari – Urcos – Cusco – Abancay – Nasca – San Juan.
- **Axis 2:** Iñapari – Puente Inambari – Puente Otorongo – Azángaro – Juliaca. Alternative route 1: Arequipa

Germán Schreiber 278, San Isidro
Telephone: 2080860
e-mail: lexitrans@lexitrans.net    web: www.lexitrans.net

MARÍA DEL CARMEN PIZARRO SABOGAL
CTP No. 0051
Licensed Translator

CERTIFIED TRANSLATION No. 0294.2-2018

Page 858

– Matarani. Alternative route 2: Puno – Huamajalso – Ilo.

**WHEREAS:**

In view that the Congress of the Republic has reconsidered the Act, insisting on the text approved on plenary session held on March 4, 2004, in accordance with Section 108 of the Political Constitution, it is ordered to publish and enforce it.

In Lima, April 29, 2004.

HENRY PEASE GARCIA
President of the Congress of the Republic

MARCIANO RENGIFO RUIZ
First Vice President of the Congress of the Republic

**08299**