GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
MARA K. GOLDMAN
GRAHAM ARCHER
Assistant Federal Public Defenders
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:       Mara_Goldman@fd.org

Counsel for Petitioner ALEJANDRO TOLEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEJANDRO TOLEDO MANRIQUE,<br><br>Petitioner,<br><br>v.<br><br>DONALD O'KEEFE, United States Marshal for the Northern District of California,<br><br>Respondent. | Case No. 21-CV-08395 LB<br><br>**CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c), Petitioner Alejandro Toledo, by and through counsel, voluntarily consents to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. Petitioner understands that appeal from the judgment shall be directly to the Ninth Circuit Court of Appeals.

Dated: October 29, 2021              Respectfully submitted,

GEOFFREY A. HANSEN
Acting Federal Public Defender

     S/ Mara K. Goldman
MARA K. GOLDMAN
Assistant Federal Public Defender