UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ALEJANDRO TOLEDO MANRIQUE,<br><br>  Petitioner,<br><br>  v.<br><br>DONALD O'KEEFE, United States Marshal for the Northern District of California,<br><br>  Respondent. | Case No. 21-cv-08395-LB<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 1 |

## INTRODUCTION

Petitioner Alejandro Toledo Manrique — the former President of Peru — filed this habeas petition under 28 U.S.C. § 2241 challenging a certification of his extraditability to Peru, where he is accused of collusion and money laundering. (Pet. – ECF No. 1.) This order requires the respondent to respond to the petition.

## ANALYSIS

"An extradition may be challenged by way of a petition for writ of habeas corpus in federal court." *Gonzalez v. O'Keefe*, No. C 12-2681 LHK, 2014 WL 6065880, at *1 (N.D. Cal. Nov. 20, 2014). (citing *Roberts v. Reilly*, 116 U.S. 80 (1885) & *Prasoprat v. Benov*, 421 F.3d 1009, 1013 (9th Cir. 2005)). A district court must "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or

ORDER – No. 21-cv-08395-LB

person is not entitled thereto." 28 U.S.C. § 2243. The respondent must respond the petition on the schedule set forth below.

**CONCLUSION**

The clerk must serve a copy of this order and the "consent or declination to magistrate judge jurisdiction" form on the respondent by email to (1) usacan.ecf.usdoj.gov, (2) michelle.lo@usdoj.gov, (3) kathy.terry@usdoj.gov, (4) kyle.waldinger@usdoj.gov, and (5) rebecca.haciski@usdoj.gov. (The first three addresses are the usual email protocol for 28 U.S.C. § 2241 petitions, and the court adds the last two because they are counsel of record in the extradition proceedings.) The respondent's return is due November 18, 2021. The petitioner's traverse is due December 16, 2021. The parties may confer about and adjust the schedule by stipulation.

The matter will be taken under submission, or set for hearing, in the court's discretion.

**IT IS SO ORDERED.**

Dated: November 1, 2021

_____
LAUREL BEELER
United States Magistrate Judge