STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorney

    450 Golden Gate Ave., 11th Fl.
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830
    Fax: (415) 436-7234
    Email:  Kyle.Waldinger@usdoj.gov

CHRISTOPHER J. SMITH (VABN 75445)
Associate Director

REBECCA A. HACISKI (DCBN 996656)
Trial Attorney

    Office of International Affairs
    Criminal Division
    U.S. Department of Justice
    1301 New York Avenue NW
    Washington, D.C. 20530
    Telephone: (202) 616-2534
    Fax: (202) 514-0080
    Email:  Rebecca.Haciski@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEJANDRO TOLEDO MANRIQUE, | No. 21-CV-08395-LB |
| Petitioner, | **NOTICE OF ATTORNEY APPEARANCE** |
| v. | |
| DONALD O'KEEFE, United States Marshal for the Northern District of California, | |
| Respondent. | |

    The United States hereby files this notice of appearance to advise the Court that Assistant United States Attorney Kyle F. Waldinger, Associate Director Christopher J. Smith, and Trial Attorney Rebecca

NOTICE OF ATTORNEY APPEARANCE
21-CV-08395-LB

A. Haciski, whose names, addresses, telephone numbers, and email addresses are listed below, are appearing as attorneys to be noticed in the above-referenced case.

> KYLE F. WALDINGER
> CA Bar Number 298752
> Assistant United States Attorney
> 450 Golden Gate Ave., 11th Fl.
> San Francisco, California 94102-3495
> (415) 436-6830
> Kyle.Waldinger@usdoj.gov
>
> CHRISTOPHER J. SMITH
> VA Bar Number 75445
> Associate Director, Office of International Affairs
> U.S. Department of Justice
> 1301 New York Avenue NW
> Washington, D.C. 20530
> (202) 532-4154
> Christopher.J.Smith@usdoj.gov
>
> REBECCA A. HACISKI
> D.C. Bar Number 996656
> Trial Attorney, Office of International Affairs
> U.S. Department of Justice
> 1301 New York Avenue NW
> Washington, D.C. 20530
> (202) 616-2534
> Rebecca.Haciski@usdoj.gov

DATED:  November 16, 2021

STEPHANIE M. HINDS
Acting United States Attorney

/s/
_____
KYLE F. WALDINGER
Assistant United States Attorney