UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ALEJANDRO TOLEDO MANRIQUE, | Case No. 21-cv-08395-LB |
| Petitioner, | |
| v. | **JUDGMENT** |
| DONALD O'KEEFE, | |
| Respondent. | |

The court has denied the petition for a writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent and the petitioner shall take nothing by way of his petition. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 22, 2022

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 21-cv-08395-LB