JODI H. LINKER
Federal Public Defender
Northern District of California
MARA K. GOLDMAN
GRAHAM ARCHER
Assistant Federal Public Defenders
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:        Mara_Goldman@fd.org

Counsel for Petitioner ALEJANDRO TOLEDO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEJANDRO TOLEDO MANRIQUE,<br><br>        Petitioner,<br><br>    v.<br><br>DONALD O'KEEFE,<br><br>        Respondent. | Case No. 21-cv-08395-LB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR MOTION TO STAY EXTRADITION PENDING APPEAL** |

## STIPULATION

Petitioner Alejandro Toledo and respondent Donald O'Keefe, by and through their respective counsel, hereby stipulate as follows:

On April 22, 2022, the Court issued an order denying Dr. Toledo's petition for a writ of habeas corpus.  ECF 17.  Dr. Toledo intends to move this Court for an order staying the extradition to allow him to appeal to the Ninth Circuit Court of Appeals.  With the Court's approval, the parties respectfully request the following briefing schedule for the motion to stay:

Petitioner's motion to stay shall be filed no later than Friday, April 29, 2022.

Respondent's opposition shall be filed no later than Thursday, May 12, 2022.

1   Petitioner's reply, if any, shall be filed no later than Thursday, May 19, 2022.

2   In addition, the parties stipulate that the extradition shall be stayed pending the Court's decision

3   on petitioner's motion to stay.

4   IT IS SO STIPULATED.

5   Dated: April 27, 2022                    Respectfully submitted,

6
                                            JODI H. LINKER
7                                           Federal Public Defender

8                                           _____/S/_____
9                                           MARA K. GOLDMAN
                                            Assistant Federal Public Defender
10

11  Dated: April 27, 2022                    Respectfully submitted,

12                                          STEPHANIE M. HINDS
                                            United States Attorney
13

14                                          _____/S/_____
                                            KYLE F. WALDINGER
15                                          Assistant United States Attorney

16
                            **[PROPOSED] ORDER**
17

18  GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that

19  the briefing schedule for petitioner's motion to stay pending appeal shall be as follows:

20  Petitioner's motion to stay shall be filed no later than Friday, April 29, 2022.

21  Respondent's opposition shall be filed no later than Thursday, May 12, 2022.

22  Petitioner's reply, if any, shall be filed no later than Thursday, May 19, 2022.

23  IT IS FURTHER ORDERED that the Court's April 22, 2022 Order Denying Petition for Writ

24  of Habeas Corpus is TEMPORARILY STAYED pending the Court's decision on the motion to stay.

25  IT IS SO ORDERED.

26  Dated:

27                                          _____
                                            THE HONORABLE LAUREL BEELER
28                                          United States Magistrate Judge