1  JODI H. LINKER
   Federal Public Defender
2  Northern District of California
   MARA K. GOLDMAN
3  GRAHAM ARCHER
   Assistant Federal Public Defenders
4  55 South Market Street, Suite 820
   San Jose, CA 95113
5  Telephone:  (408) 291-7753
   Facsimile:  (408) 291-7399
6  Email:      Mara_Goldman@fd.org

7

8  Counsel for Petitioner ALEJANDRO TOLEDO

9

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14  ALEJANDRO TOLEDO MANRIQUE,            Case No. 21-cv-08395-LB

15           Petitioner,                  STIPULATION AND [PROPOSED]
                                          ORDER RE: BRIEFING SCHEDULE
16       v.                               FOR MOTION TO STAY
                                          EXTRADITION PENDING APPEAL
17  DONALD O'KEEFE,

18           Respondent.

19

20                                  **STIPULATION**

21       Petitioner Alejandro Toledo and respondent Donald O'Keefe, by and through their respective

22  counsel, hereby stipulate as follows:

23       On April 22, 2022, the Court issued an order denying Dr. Toledo's petition for a writ of habeas

24  corpus. ECF 17. Dr. Toledo intends to move this Court for an order staying the extradition to allow

25  him to appeal to the Ninth Circuit Court of Appeals. With the Court's approval, the parties

26  respectfully request the following briefing schedule for the motion to stay:

27       Petitioner's motion to stay shall be filed no later than Friday, April 29, 2022.

28       Respondent's opposition shall be filed no later than Thursday, May 12, 2022.

STIPULATION AND PROPOSED ORDER
NO. 21-CV-08395-LB

1

Petitioner's reply, if any, shall be filed no later than Thursday, May 19, 2022.

In addition, the parties stipulate that the extradition shall be stayed pending the Court's decision on petitioner's motion to stay.

IT IS SO STIPULATED.

Dated: April 27, 2022               Respectfully submitted,

                                    JODI H. LINKER
                                    Federal Public Defender

                                    _____/S/_____
                                    MARA K. GOLDMAN
                                    Assistant Federal Public Defender

Dated: April 27, 2022               Respectfully submitted,

                                    STEPHANIE M. HINDS
                                    United States Attorney

                                    _____/S/_____
                                    KYLE F. WALDINGER
                                    Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule for petitioner's motion to stay pending appeal shall be as follows:

Petitioner's motion to stay shall be filed no later than Friday, April 29, 2022.

Respondent's opposition shall be filed no later than Thursday, May 12, 2022.

Petitioner's reply, if any, shall be filed no later than Thursday, May 19, 2022.

IT IS FURTHER ORDERED that the Court's April 22, 2022 Order Denying Petition for Writ of Habeas Corpus is TEMPORARILY STAYED pending the Court's decision on the motion to stay.

IT IS SO ORDERED.

Dated: April 28, 2022

_____
THE HONORABLE LAUREL BEELER
United States Magistrate Judge