JODI H. LINKER
Federal Public Defender
Northern District of California
MARA K. GOLDMAN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:    (408) 291-7753
Facsimile:    (408) 291-7399
Email:         Mara_Goldman@fd.org

Counsel for Petitioner TOLEDO MANRIQUE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEJANDRO TOLEDO MANRIQUE, | Case No.: 21-cv-08395-LB |
| Petitioner, | **NOTICE OF APPEAL** |
| v. | |
| DONALD O'KEEFE, | |
| Respondent. | |

PLEASE TAKE NOTICE that petitioner Alejandro Toledo Manrique hereby appeals to the Ninth Circuit Court of Appeals from the district court's April 22, 2022 order denying his petition for a writ of habeas corpus.

Dated:    May 9, 2022                              Respectfully submitted,

                                                    JODI H. LINKER
                                                    Federal Public Defender
                                                    Northern District of California

                                                    /S
                                                    _____
                                                    MARA K. GOLDMAN
                                                    Assistant Federal Public Defender